Submitted by:

Mark T. Flewelling (#96465)
mflewelling@afrct.com
Lynette Gridiron Winston (#151003)
lwinston@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
　CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel:  (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, a division of
WELLS FARGO BANK, N.A., successor by
merger of Wachovia Mortgage, FSB
(originally sued as Wachovia Mortgage and
now sued separately as World Savings Bank,
Wachovia Mortgage, and Wells Fargo Bank)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ABUNDIO A. CRUZ AND LUZ M. CRUZ,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>WACHOVIA MORTGAGE (DOES 1 – 20),<br><br>　　　　　　　　Defendants. | Case No.  2:10-CV-03412-AHM-(JEMx)<br><br>[Assigned to The Honorable A. Howard Matz, Courtroom 14]<br><br>**JUDGMENT OF DISMISSAL** |

　　　On December 6, 2010, this Court entered an order granting, without leave to amend, the Motion to Dismiss the Second Amended Complaint filed by Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB

1  ("Wachovia"), originally sued as Wachovia Mortgage and now sued separately as
2  World Savings Bank, Wachovia Mortgage, and Wells Fargo Bank, pursuant to Rule
3  12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. This entire action is dismissed with prejudice;
2. Plaintiffs Abundio A. Cruz and Luz M. Cruz shall take nothing from Defendant Wachovia in this action;
3. Defendant Wachovia shall be entitled to recover its costs of suit, including attorneys' fees, in a sum according to a motion for such fees and costs.

Dated: December 16, 2010

_____
The Honorable A. Howard Matz
United States District Judge