1   Mark T. Flewelling (#96465)
2   Lynette Gridiron Winston (#151003)
        lwinston@afrct.com
3   ANGLIN, FLEWELLING, RASMUSSEN,
        CAMPBELL & TRYTTEN LLP
4   199 South Los Robles Avenue, Suite 600
5   Pasadena, California  91101-2459
    Tel:  (626) 535-1900
6   Fax: (626) 577-7764
7
8   Attorneys for Defendant
    WACHOVIA MORTGAGE, a division of
9   WELLS FARGO BANK, N.A., successor by
    merger of Wachovia Mortgage, FSB
10  (originally sued as Wachovia Mortgage and
    now sued separately as World Savings Bank,
11  Wachovia Mortgage, and Wells Fargo Bank)
12

13              UNITED STATES DISTRICT COURT

14      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

15  ABUNDIO A. CRUZ AND LUZ M.          Case No.  2:10-CV-03412-AHM (JEMx)
    CRUZ,
16                                      [Assigned to The Honorable A. Howard
17                 Plaintiffs,          Matz, Courtroom 14]

18        vs.                           **DECLARATION OF LYNETTE
19                                      GRIDIRON WINSTON IN SUPPORT
                                        OF DEFENDANT WACHOVIA
20  WACHOVIA MORTGAGE (DOES             MORTGAGE'S MOTION FOR AN
21  1 – 20),                            AWARD OF ATTORNEYS' FEES**

22                 Defendants.          [Filed with Motion for Attorneys' Fees
23                                      and Request for Judicial Notice]

24                                      Date:     February 7, 2011
25                                      Time:     10:00 a.m.
                                        Ctrm:     14
26

27

28

I, Lynette Gridiron Winston, declare:

1.      I am an attorney at law licensed to practice before this Court and am Of Counsel with the law firm of Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, counsel of record for defendant WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., successor by merger of Wachovia Mortgage, FSB (originally sued as Wachovia Mortgage and now sued separately as World Savings Bank, Wachovia Mortgage, and Wells Fargo Bank) ("Wachovia").  I make this declaration in support of Wachovia's motion for attorneys' fees and I have personal knowledge of the matters stated below.

2.      I was assigned primary responsibility for defending this case.  Paralegals Dorothy Pandy and Sandra Dries also assisted with this matter.  Our rates and qualifications are as follows:

    a.      Lynette Gridiron Winston ($280/hour) J.D. University of Southern California, 1990, 20 years of experience litigating business cases before state and federal courts. (Paul, Hastings, Janofsky & Walker 1990-1995; Law Office of Lynette M. Gridiron 1995-2009; Anglin Flewelling, Rasmussen, Campbell & Trytten, LLP 2009-present)  I was assigned primary responsibility for this matter.

    b.      Dorothy Pandy ($155/hour); paralegal.

    c.      Sandra Dries ($125/hour); paralegal.

3.      Attached collectively as <u>Exhibit A</u> are copies of my firm's billing statements for this case from May 2010 through the December 16, 2010 Judgment of Dismissal.  The statements itemize the dates the legal services were provided, the time spent, the timekeeper's initials, and the subtotal for each entry.  Paralegal Dorothy Pandy has redacted the firm's federal tax identification number from the billing statements, along with any entries that would disclose privileged communications. Except for these changes, the statements were: (1) generated near the time each task was performed and each entry was drafted by the individual who performed the

defense task; (2) kept in the regular course of business; and (3) made as part of a regular business practice.  Through December 16, 2010, the fees totaled $17,247.50.

4.      The fees were calculated by the multiple of hours and billing rates.  Below is a summary of the fees requested by month.

| MONTH | FEES BILLED & REQUESTED |
|---|---|
| May, 2010 | $3,779.50 |
| June, 2010 | $852.00 |
| July, 2010 | $5,268.00 |
| August, 2010 | $28.00 |
| September, 2010 | $2,772.00 |
| October, 2010 | $2,700.00 |
| November/December, 2010[1] | $1,848.00 |
| TOTAL | $17,247.50 |

5.      In addition to the fees shown in Exhibit A, Dorothy Pandy (paralegal) has spent 3.0 hours preparing the fee motion, this declaration, and the accompanying request for judicial notice.  I spent an additional 0.50 hours reviewing and revising the motion and this declaration.  I also anticipate spending an additional 2.5 hours preparing a reply brief and attending the hearing on this matter.  This will result in an additional $1,305.00, bringing the total fees incurred to **$18,552.50.**

/ / /

/ / /

/ / /

---

[1]  The November/December bill is a prebill, which will be finalized and sent to Wachovia in the ordinary course of business.

CASE NO. 2:10-CV-03412-AHM (JEMx)
WINSTON DECLARATION ISO DEFT. WACHOVIA'S
MOTION FOR AN AWARD OF ATTORNEYS' FEES

6.    Our work to defend this case included the following tasks:

    a.    Review and analysis of the complaint and accompanying documents;

    b.    Research and analysis regarding removal;

    c.    Preparation of removal notice and accompanying documents;

    d.    Preparation of three motions to dismiss (to the initial, first amended and second amended complaints);

    e.    Preparation of three motions to strike (portions of the initial, first amended and second amended complaints);

    f.    Preparation of the request for judicial notice (in support of the three respective motions to dismiss;

    g.    Preparation of oppositions to two ex parte applications; and

    h.    Various communications with client and opposing counsel.

7.    The above actions were necessary for the defense of this action.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  If called upon to testify, I would and could, competently testify thereto.

Executed this 29th day of December 2010, at Pasadena, California.

                    /s/ Lynette Gridiron Winston
                    Lynette Gridiron Winston

# AFRCT, LLP

### ATTORNEYS

199 So. Los Robles Ave. | Suite 600 | Pasadena | CA | 91101-2459
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID:

Wachovia Mortgage, FSB
Attn: Michael Goldberg
MAC T7405-010
4101 Wiseman Blvd.
San Antonio, TX  78251

July 1, 2010

| | |
|---|---|
| Invoice # | 44319 |
| In Reference To: | Cruz, Abundio (WF2010013949) |
| Client Number: | 95451-000305 |

For Services Rendered Through May 31, 2010

| | | | Hours | Amount |
|---|---|---|---|---|
| | | **Professional Services** | | |
| 05/03/2010 | LMW | | 0.10 | 28.00 |
| | | A106 - Communicate (with client) | | |
| | | L120 - Analysis/Strategy | | |
| 05/03/2010 | SAD | Preliminary review of Complaint and other Court documents for initial case information (.2) | 0.20 | 25.00 |
| | | A104 - Review/analyze | | |
| | | L210 - Pleadings | | |
| 05/03/2010 | SAD | Perform due diligence bankruptcy search for debtor, property profile, judge profile and review court docket (.6). | 0.60 | 75.00 |
| | | A104 - Review/analyze | | |
| | | L110 - Fact Investigation/Development | | |
| 05/03/2010 | SAD | Summarize finds in a memorandum (.2); complete first draft of Initial Defense Strategy (.4). | 0.60 | 75.00 |
| | | A103 - Draft/revise | | |
| | | L110 - Fact Investigation/Development | | |
| 05/05/2010 | LMW | | 0.10 | 28.00 |

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston**
**Page 5**

**AFRCT**

Client Number: 95451-000305                                                    Page 2

|            |     |                                                                                                                                                                                              | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | A106 - Communicate (with client)<br>L120 - Analysis/Strategy                                                                                                                                  |       |        |
| 05/05/2010 | LMW |                                                                                                                                                                                              | 0.10  | 28.00  |
|            |     | A106 - Communicate (with client)<br>L120 - Analysis/Strategy                                                                                                                                  |       |        |
| 05/05/2010 | LMW | Review file regarding removal.<br>A104 - Review/analyze<br>L120 - Analysis/Strategy                                                                                                           | 0.30  | 84.00  |
| 05/06/2010 | LMW | Review and revise notice of removal.<br>A103 - Draft/revise<br>L210 - Pleadings                                                                                                               | 0.30  | 84.00  |
| 05/06/2010 | LMW | Review and revise Article 7 letter to plaintiff regarding attorneys' fees.<br>A103 - Draft/revise<br>L190 - Other Case Assessment, Development and Administrat                                  | 0.10  | 28.00  |
| 05/06/2010 | LMW |                                                                                                                                                                                              | 0.10  | 28.00  |
|            |     | A106 - Communicate (with client)<br>L120 - Analysis/Strategy                                                                                                                                  |       |        |
| 05/06/2010 | SAD | Review language in Deed of Trust and Note for accuracy in Article 7 letter (.1); prepare initial draft of Article 7 letter to Plaintiff (.3).<br>A103 - Draft/revise<br>L190 - Other Case Assessment, Development and Administrat | 0.40  | 50.00  |
| 05/06/2010 | DNP | Read complaint and draft notice of removal (.7); assemble and organize exhibits to removal notice (.4); prepare Civil Cover Sheet (.2); prepare Notice of Interested Parties (.3)<br>A103 - Draft/revise<br>L210 - Pleadings | 1.60  | 248.00 |
| 05/06/2010 | DNP | Coordinate with attorney service regarding required filing, provide them with PDF of documents to be assembled and filed with the United States District Court as well as filing instructions; mail-serve documents on plaintiff(s) or plaintiff(s) counsel.<br>A111 - Other<br>L190 - Other Case Assessment, Development and Administrat | 0.50  | No Charge |
| 05/07/2010 | DNP | Pursuant to local rules requirement, and as part of the removal process, e-mail PDF of filed removal documents to US District Court Clerk (.2)<br>A108 - Communicate (other external)<br>L110 - Fact Investigation/Development | 0.20  | 31.00  |

---

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston
Page 6**

**AFRCT**

Client Number: 95451-000305                                                                      Page 3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/2010 | DNP | Mail serve conformed copies of removal documents and/or court-issued information (.3)<br>A111 - Other<br>L190 - Other Case Assessment, Development and Administrat | 0.30 | No Charge |
| 05/11/2010 | LMW | Further review of complaint and case file.<br>A104 - Review/analyze<br>L120 - Analysis/Strategy | 0.60 | 168.00 |
| 05/11/2010 | LMW | Prepare initial defense strategy memorandum.<br>A103 - Draft/revise<br>L120 - Analysis/Strategy | 0.60 | 168.00 |
| 05/11/2010 | LMW | <br>A106 - Communicate (with client)<br>L120 - Analysis/Strategy | 0.10 | 28.00 |
| 05/11/2010 | LMW | <br>A106 - Communicate (with client)<br>L120 - Analysis/Strategy | 0.10 | 28.00 |
| 05/11/2010 | LMW | Prepare motion to dismiss complaint - notice (.70).<br>A103 - Draft/revise<br>L210 - Pleadings | 0.70 | 196.00 |
| 05/12/2010 | LMW | Review title documents.<br>A104 - Review/analyze<br>L110 - Fact Investigation/Development | 0.20 | 56.00 |
| 05/12/2010 | LMW | Continue drafting motion to dismiss complaint - pleading standard (.20), negligence (.40), quiet title (.50), TILA (1.30), Bus. & Prof. 17200 (.90), HOLA preemption (.70), notice (.60), introduction (.20), summary (.40).<br>A103 - Draft/revise<br>L210 - Pleadings | 5.20 | 1,456.00 |
| 05/12/2010 | LMW | Prepare request for judicial notice.<br>A103 - Draft/revise<br>L210 - Pleadings | 0.70 | 196.00 |
| 05/12/2010 | LMW | <br>A106 - Communicate (with client)<br>L210 - Pleadings | 0.10 | 28.00 |
| 05/12/2010 | LMW | Review court's initial order. | 0.20 | 56.00 |

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston
Page 7**

**AFRCT**

Client Number: 95451-000305

Page 4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | A104 - Review/analyze<br>L210 - Pleadings |  |  |
| 05/12/2010 | DNP | E-mail exchange with title insurance company regarding foreclosure and other recorded title documents (.3)<br>A108 - Communicate (other external)<br>L110 - Fact Investigation/Development | 0.30 | 46.50 |
| 05/12/2010 | MTF | Review new file.<br>A104 - Review/analyze<br>L110 - Fact Investigation/Development | 0.40 | 128.00 |
| 05/12/2010 | MTF | Evaluate attack on pleadings.<br>A104 - Review/analyze<br>L120 - Analysis/Strategy | 0.30 | 96.00 |
| 05/13/2010 | LMW | Continue drafting motion to dismiss HOLA preemption.<br>A103 - Draft/revise<br>L210 - Pleadings | 0.20 | 56.00 |
| 05/13/2010 | LMW | research law regarding HOLA preemption and loan modifications.<br>A102 - Research<br>L210 - Pleadings | 0.30 | 84.00 |
| 05/13/2010 | LMW | <br>A106 - Communicate (with client)<br>L210 - Pleadings | 0.10 | 28.00 |
| 05/13/2010 | LMW | <br>A106 - Communicate (with client)<br>L210 - Pleadings | 0.10 | 28.00 |
| 05/13/2010 | DNP | Draft Notice to State Court that Action has been removed to the United States District Court (.5)<br>A103 - Draft/revise<br>L210 - Pleadings | 0.50 | 77.50 |
| 05/21/2010 | DNP | Draft State Court letter regarding original filing document  (.1)<br>A103 - Draft/revise<br>L210 - Pleadings | 0.10 | 15.50 |
| 05/28/2010 | LMW | Review plaintiff's application to substitute attorney.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.10 | 28.00 |
|  |  | **For professional services rendered** | **16.40** | **3,779.50** |

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston
Page 8**

**AFRCT**

Client Number: 95451-000305                                                      Page 5

| Additional Charges | | | Amount |
|---|---|---|---|
| 05/26/2010 | 5/16/2010 | 5/13/10 Overnite Express delivery service to The Honorable A. Howard Matz, United States District Court, Los Angeles, CA. of Notice of Motion and Motion to Dismiss Complaint; Request for Judicial Notice in Support of Motion to Dismiss Complaint. Shipment # 50469-001872-V10. Invoice No. 103040. | 18.20 |
| | | E107 - Delivery services/messengers | |
| 05/26/2010 | 5/16/2010 | 5/13/10 Overnite Express delivery service to Los Angeles County Superior Court, Pomona, CA. of Notice to State Court of Removal of Action to the United States District Court. Shipment # 50469-001881-V10. Invoice No. 103040. | 17.28 |
| | | E107 - Delivery services/messengers | |
| 05/28/2010 | 5/23/2010 | On 5/18/10 Overnite Express delivery service to the Honorable A. Howard Matz, US District Court-Central, Los Angeles, CA. of Defendant's Notice that State Court has Received the Removal Notice. Shipment #50469-001926-V10.  Invoice No. 105700. | 17.28 |
| | | E107 - Delivery services/messengers | |

| | **Total Costs** | **52.76** |
|---|---|---|

| Timekeeper Summary | | | |
|---|---|---|---|
| **Name** | **Hours** | **Rate** | **Amount** |
| Flewelling, Mark T. | 0.70 | 320.00 | 224.00 |
| Winston, Lynette M. | 10.40 | 280.00 | 2,912.00 |
| Pandy, Dorothy N. | 0.80 | 0.00 | No Charge |
| Pandy, Dorothy N. | 2.70 | 155.00 | 418.50 |
| Dries, Sandra A. | 1.80 | 125.00 | 225.00 |
| Totals | 16.40 | | 3,779.50 |

| **Total amount of this bill** | **3,832.26** |
|---|---|

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston
Page 9**

# AFRCT, LLP

### ATTORNEYS

199 So. Los Robles Ave. | Suite 600 | Pasadena | CA | 91101-2459
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID:

Wachovia Mortgage, FSB
Attn: Michael Goldberg
MAC T7405-010
4101 Wiseman Blvd.
San Antonio, TX  78251

August 4, 2010

| | |
|---|---|
| Invoice # | 44945 |
| In Reference To: | Cruz, Abundio (WF2010013949) |
| Client Number: | 95451-000305 |

For Services Rendered Through June 30, 2010

| Professional Services | | | |
|---|---|---:|---:|
| | | **Hours** | **Amount** |
| 06/01/2010 | DNP | Draft Notice to the United States District Court that the State Court has received the removal notice (.4); draft District Court notification regarding service of initial filing documents and court generated orders (.4)<br>A103 - Draft/revise<br>L210 - Pleadings | 0.80 | 124.00 |
| 06/01/2010 | LMW | Review court orders granting plaintiff's substitution of attorney.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.10 | 28.00 |
| 06/09/2010 | LMW | Prepare notice of non-receipt of opposition to demurrer.<br>A103 - Draft/revise<br>L210 - Pleadings | 0.60 | 168.00 |
| 06/15/2010 | LMW | Review plaintiffs' ex parte application to file first amended complaint.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.50 | 140.00 |
| 06/15/2010 | LMW | Prepare opposition to plaintiffs' ex parte application to file first | 0.80 | 224.00 |

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston
Page 10**

**AFRCT**

Client Number: 95451-000305

Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| | | amended complaint.<br>A103 - Draft/revise<br>L210 - Pleadings | | |
| 06/16/2010 | LMW | Review plaintiff's reply in support of ex parte application to file first amended complaint.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.10 | 28.00 |
| 06/17/2010 | LMW | Review court order granting ex parte application to file amended complaint.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.10 | 28.00 |
| 06/22/2010 | LMW | Review notice from court regarding plaintiff's first amended complaint.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.10 | 28.00 |
| 06/22/2010 | LMW | Review Order striking first amended complaint.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.10 | 28.00 |
| 06/24/2010 | LMW | Review order on motion to dismiss.<br>A104 - Review/analyze<br>L240 - Dispositive Motions | 0.10 | 28.00 |
| 06/24/2010 | LMW | <br>A106 - Communicate (with client)<br>L210 - Pleadings | 0.10 | 28.00 |

| | | **For professional services rendered** | **3.40** | **852.00** |
|---|---|---|---|---|

| | | **Additional Charges** | | |
|---|---|---|---|---|
| | | | | **Amount** |
| 06/03/2010 | 5/15/2010 | 5/6/10 ProLegal filing/delivery service to United States District Court, Los Angeles, CA. to file Notice of Removal. Same day filing fee: $34.95; 1st Appearance fee: $350.00; Courier fee: $17.50; Court document reproduction: $46.95.  Invoice No. 87271.<br>E112 - Court fees | | 449.40 |
| 06/14/2010 | 5/31/2010 | 5/1/10 - 5/31/10 LexisNexis Online Research by Lynette M. Winston ($0.25).  Invoice No. 100512919.<br>E106 - Online research | | 0.00 |
| 06/26/2010 | 6/20/2010 | Overnite Express delivery of Notice of Non-Receipt of Opposition to Defendant's Motion to Dismiss to Judge Howard Matz, US District Court, | | 15.21 |

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston Page 11**

**AFRCT**

Client Name: 95451-000305                                                                                     Page 3

| | | | Amount |
|---|---|---|---|
| | | Los Angeles, CA on 6/14/10. Shipment# 50469-002133-V10. Invoice# 117215. | |
| | | **E107 - Delivery services/messengers** | |
| 06/26/2010 | 6/20/2010 | Overnite Express delivery of Opposition to Plaintiff's Ex Parte Application to Judge Howard Matz, US District Court, Los Angeles, CA on 6/15/10. Shipment# 50469-002139-V10. Invoice# 117215. | 15.21 |
| | | **E107 - Delivery services/messengers** | |
| 06/26/2010 | 6/20/2010 | Overnite Express delivery of Certificate of Service to Judge Howard Matz, US District Court, Los Angeles, CA on 6/18/10. Shipment# 50469-002195-V10. Invoice# 117215. | 17.28 |
| | | **E107 - Delivery services/messengers** | |

| | **Total Costs** | **497.10** |
|---|---|---|

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Winston, Lynette M. | 2.60 | 280.00 | 728.00 |
| Pandy, Dorothy N. | 0.80 | 155.00 | 124.00 |
| Totals | 3.40 | | 852.00 |

**Total amount of this bill**                                                                              **1,349.10**

**Exhibit A to Declaration of Winston
Page 12**

# AFRCT, LLP

## ATTORNEYS

199 So. Los Robles Ave. | Suite 600 | Pasadena | CA | 91101-2459
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID:

Wachovia Mortgage, FSB
Attn: Michael Goldberg
MAC T7405-010
4101 Wiseman Blvd.
San Antonio, TX 78251

August 31, 2010

| | |
|---|---|
| Invoice # | 45602 |
| In Reference To: | Cruz, Abundio (WF2010013949) |
| Client Number: | 95451-000305 |

For Services Rendered Through July 31, 2010

| Professional Services | Hours | Amount |
|---|---|---|
| 07/07/2010  LMW  Further review of first amended complaint for preparation of motion to dismiss. <br> A104 - Review/analyze <br> L210 - Pleadings | 0.80 | 224.00 |
| 07/07/2010  LMW  Prepare motion to dismiss first amended complaint - notice (.90), introduction (.10), summary (.40), pleading standard (.10), Bus. & Prof. Code 17200 (1.50), deceit (1.30), negligence (.70), quiet title (.80), HOLA preemption (.60). <br> A103 - Draft/revise <br> L210 - Pleadings | 6.40 | 1,792.00 |
| 07/07/2010  LMW  Research law regarding Bus. & Prof. Code 17200. <br> A102 - Research <br> L210 - Pleadings | 0.50 | 140.00 |
| 07/07/2010  LMW  Telephone conference with plaintiffs' counsel regarding motion to dismiss first amended complaint. | 0.10 | 28.00 |

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston
Page 13**

**AFRCT**

Client Number: 95451-000305

Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| | | A108 - Communicate (other external)<br>L210 - Pleadings | | |
| 07/08/2010 | FJH | Analysis whether a TILA preemption exists against a UCL claim based on it; analysis of Silvas decision; analysis of TILA's scope and compatibility with state law claims based on it.<br>A104 - Review/analyze<br>L120 - Analysis/Strategy | 0.20 | 60.00 |
| 07/08/2010 | LMW | Continue drafting motion to dismiss first amended complaint - HOLA preemption (2.40), notice (.10), introduction (.10), summary (.20), pleading standard (.10), Bus. & Prof. 17200 (.10), deceit (.10), negligence (.10), quiet title (.10), TILA preemption (1.0).<br>A103 - Draft/revise<br>L210 - Pleadings | 4.30 | 1,204.00 |
| 07/08/2010 | LMW | | 0.10 | 28.00 |
| | | A106 - Communicate (with client)<br>L210 - Pleadings | | |
| 07/08/2010 | LMW | Prepare request for judicial notice.<br>A103 - Draft/revise<br>L210 - Pleadings | 0.70 | 196.00 |
| 07/08/2010 | LMW | Research law regarding TILA preemption.<br>A102 - Research<br>L210 - Pleadings | 1.80 | 504.00 |
| 07/08/2010 | LMW | | 0.10 | 28.00 |
| | | A106 - Communicate (with client)<br>L210 - Pleadings | | |
| 07/09/2010 | LMW | | 0.10 | 28.00 |
| | | A106 - Communicate (with client)<br>L210 - Pleadings | | |
| 07/09/2010 | LMW | Prepare motion to strike - notice (.50), introduction (.10), punitive damages (.50).<br>A103 - Draft/revise<br>L210 - Pleadings | 1.10 | 308.00 |
| 07/09/2010 | LMW | Final review of motion to dismiss first amended complaint.<br>A103 - Draft/revise<br>L210 - Pleadings | 0.20 | 56.00 |

Services rendered by AFRCT, LLP are due and payable upon receipt.<br>Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston Page 14**

**AFRCT**

Client Number: 95451-000305                                                                 Page 3

| | | | Hours | Amount |
|---|---|---|---|---|
| 07/09/2010 | LMW | Final review of request for judicial notice.<br>A103 - Draft/revise<br>L210 - Pleadings | 0.10 | 28.00 |
| 07/14/2010 | LMW | Telephone conference with plaintiffs' counsel regarding Rule 26 joint report.<br>A108 - Communicate (other external)<br>L210 - Pleadings | 0.10 | 28.00 |
| 07/19/2010 | LMW | Telephone conferences (2) with plaintiff's counsel regarding joint Rule 26 report.<br>A108 - Communicate (other external)<br>L210 - Pleadings | 0.20 | 56.00 |
| 07/21/2010 | LMW | Review and reply to email correspondence from plaintiffs' counsel regarding joint status report.<br>A108 - Communicate (other external)<br>L210 - Pleadings | 0.10 | 28.00 |
| 07/21/2010 | LMW | Review and revise joint status report.<br>A103 - Draft/revise<br>L210 - Pleadings | 1.40 | 392.00 |
| 07/21/2010 | LMW | Prepare email correspondence to plaintiffs' counsel regarding revised joint status report.<br>A108 - Communicate (other external)<br>L210 - Pleadings | 0.10 | 28.00 |
| 07/23/2010 | LMW | Review and reply to email correspondence (4) from plaintiffs' counsel regarding joint status report.<br>A108 - Communicate (other external)<br>L210 - Pleadings | 0.30 | 84.00 |
| 07/23/2010 | LMW | Review final joint status report.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.10 | 28.00 |

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **18.80** | **5,268.00** |

| | Additional Charges | |
|---|---|---|

| | | | Amount |
|---|---|---|---|
| 07/07/2010 | 6/21/2010 | Overnite Express delivery to the Honorable A. Howard Matz, United States District Court-Central, Los Angeles, CA. of Amended Certificate of Service on 6/25/10.  Shipment #50469-002236-V10. Invoice #119378.<br>E107 - Delivery services/messengers | 17.28 |
| 07/16/2010 | 7/11/2010 | Overnite Express delivery to Chambers of the Honorable Howard Matz, | 18.20 |

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston Page 15**

**AFRCT**

Client Name: 95451-000305

Page 4

**Amount**

United States District Court, Los Angeles, CA. of Notice of Motion and Motion to Dismiss First Amended Complaint; Memorandum of Points and Authorities on 7/9/10.  Shipment #50469-002350-V10. Invoice #124540.

E107 - Delivery services/messengers

| | | | |
|---|---|---|---|
| **Total Costs** | | | **35.48** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Hickman, Frederick J. | 0.20 | 300.00 | 60.00 |
| Winston, Lynette M. | 18.60 | 280.00 | 5,208.00 |
| Totals | 18.80 | | 5,268.00 |

**Total amount of this bill**                  **5,303.48**

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston Page 16**

# AFRCT, LLP

### ATTORNEYS

199 So. Los Robles Ave. | Suite 600 | Pasadena | CA | 91101-2459
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID:

Wachovia Mortgage, FSB
Attn: Michael Goldberg
MAC T7405-010
4101 Wiseman Blvd.
San Antonio, TX  78251


September 28, 2010

| | |
|---|---|
| Invoice # | 46379 |
| In Reference To: | Cruz, Abundio (WF2010013949) |
| Client Number: | 95451-000305 |


For Services Rendered Through August 31, 2010

| | | | Hours | Amount |
|---|---|---|---|---|
| **Professional Services** | | | | |
| 08/02/2010 LMW | Review court order regarding scheduling conference. | | 0.10 | 28.00 |
| | A104 - Review/analyze | | | |
| | L210 - Pleadings | | | |
| | **For professional services rendered** | | **0.10** | **28.00** |

| | | | Amount |
|---|---|---|---|
| **Additional Charges** | | | |
| 07/31/2010 7/31/2010 | 7/1/2010 - 7/31/2010 LexisNexis Online Research by Lynette M. Winston ($19.07).  Invoice # 1007116835. | | 0.00 |
| | E106 - Online research | | |
| 08/09/2010 7/7/2010 | 4-1-10-6-30-10 Online court record search thru Pacer Service Center. | | 1.60 |
| | E106 - Online research | | |
| | **Total Costs** | | **1.60** |

**Timekeeper Summary**

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston
Page 17**

**AFRCT**

Client Number: 95451-000305                                                      Page 2

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Winston, Lynette M. | 0.10 | 280.00 | 28.00 |
| Totals | 0.10 | | 28.00 |

**Total amount of this bill**                                                    **29.60**

**Exhibit A to Declaration of Winston
Page 18**

# AFRCT, LLP

## ATTORNEYS

199 So. Los Robles Ave. | Suite 600 | Pasadena | CA | 91101-2459
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID:

Wachovia Mortgage, FSB
Attn: Michael Goldberg
MAC T7405-010
4101 Wiseman Blvd.
San Antonio, TX  78251

October 27, 2010

| | |
|---|---|
| Invoice # | 47060 |
| In Reference To: | Cruz, Abundio (WF2010013949) |
| Client Number: | 95451-000305 |

For Services Rendered Through September 30, 2010

| Professional Services | | Hours | Amount |
|---|---|---|---|
| 09/02/2010 LMW | Review plaintiffs' ex parte application for leave to file second amended complaint.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.40 | 112.00 |
| 09/02/2010 LMW | Research law regarding public law 111-203.<br>A102 - Research<br>L210 - Pleadings | 0.40 | 112.00 |
| 09/02/2010 LMW | Prepare opposition to ex parte application for leave to file second amended complaint  - notice (.50), servicer liability (.10), TILA (2.20).<br>A103 - Draft/revise<br>L210 - Pleadings | 2.80 | 784.00 |
| 09/03/2010 LMW | Review plaintiff's proposed order on ex parte application to file second amended complaint.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.10 | 28.00 |
| 09/03/2010 LMW | Final review of opposition to ex parte application. | 0.10 | 28.00 |

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston
Page 19**

**AFRCT**

Client Number: 95451-000305

Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| | | A103 - Draft/revise<br>L210 - Pleadings | | |
| 09/08/2010 | LMW | Review plaintiffs' reply in support of ex parte application for leave to file second amended complaint.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.10 | 28.00 |
| 09/10/2010 | LMW | Review and analyze plaintiffs' opposition to motion to dismiss first amended complaint.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.80 | 224.00 |
| 09/10/2010 | LMW | Prepare reply in support of motion to dismiss first amended complaint - notice (.40), HOLA preemption (.90), Bus. & Prof. Code 17200 (.80), TILA (new laws added) (1.0).<br>A103 - Draft/revise<br>L210 - Pleadings | 3.10 | 868.00 |
| 09/13/2010 | LMW | Continue drafting reply in support of motion to dismiss first amended complaint - Bus. & Prof. Code 17200 (.70), TILA recoupment (.80), notice (.10), HOLA preemption (.30).<br>A103 - Draft/revise<br>L210 - Pleadings | 1.90 | 532.00 |
| 09/14/2010 | LMW | Review court order on plaintiffs' ex parte application regarding leave to file second amended complaint.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.10 | 28.00 |
| 09/23/2010 | LMW | Review court minute order regarding scheduling conference.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.10 | 28.00 |

| | **For professional services rendered** | **9.90** | **2,772.00** |
|---|---|---|---|

### Additional Charges

| | | | Amount |
|---|---|---|---|
| 09/12/2010 | 9/12/2010 | Overnite Express delivery of Defendant's Mortgage Opposition to Plaintiff's Ex Parte Application for Leave to File a Second Amended Complaint (Courtesy Copies) to the Honorable A. Howard Matz, U.S. District Court, Los Angeles,CA. on 9/3/10. Shipment #50469-002753-V10. Invoice #153114. | 15.21 |
| | | E107 - Delivery services/messengers | |
| 09/19/2010 | 9/27/2010 | Overnite Express delivery service of Reply in Support of Defendant's Motion to Dismiss First Amended Complaint (courtesy copies) to | 17.28 |

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston Page 20**

**AFRCT**

Client Name: 95451-000305

Page 3

**Amount**

Honorable A. Howard Matz, U.S. District Court- Central, Los Angeles, CA on 09/13/10. Shipment #50469-002819-V10. Invoice #155555.

E107 - Delivery services/messengers

| | **Total Costs** | | | **32.49** |
|---|---|---|---|---|

**Timekeeper Summary**

| **Name** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Winston, Lynette M. | 9.90 | 280.00 | 2,772.00 |
| Totals | 9.90 | | 2,772.00 |

| **Total amount of this bill** | **2,804.49** |
|---|---|

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston Page 21**

# AFRCT, LLP

## ATTORNEYS

199 So. Los Robles Ave. | Suite 600 | Pasadena | CA | 91101-2459
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID:

Wachovia Mortgage, FSB
Attn: Michael Goldberg
MAC T7405-010
4101 Wiseman Blvd.
San Antonio, TX 78251

November 29, 2010

| | |
|---|---|
| Invoice # | 47865 |
| In Reference To: | Cruz, Abundio (WF2010013949) |
| Client Number: | 95451-000305 |

For Services Rendered Through October 31, 2010

| Professional Services | | Hours | Amount |
|---|---|---|---|
| 10/07/2010  LMW | Telephone conference with plaintiff's counsel regarding motion to dismiss second amended complaint.<br>A108 - Communicate (other external)<br>L210 - Pleadings | 0.20 | 56.00 |
| 10/07/2010  LMW | Review and analyze second amended complaint regarding motion to dismiss.<br>A104 - Review/analyze<br>L120 - Analysis/Strategy | 0.50 | 140.00 |
| 10/07/2010  LMW | Prepare motion to dismiss second amended complaint - notice (.50), summary (.20), pleading standard (.10), HOLA preemption (1.50), TILA preemption (,20).<br>A103 - Draft/revise<br>L210 - Pleadings | 2.50 | 700.00 |
| 10/08/2010  LMW | Research law regarding TILA recoupment.<br>A102 - Research<br>L210 - Pleadings | 0.60 | 168.00 |

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston
Page 22**

**AFRCT**

Client Number: 95451-000305

Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/08/2010 | LMW | Continue drafting motion to dismiss second amended complaint - Bus. & Prof. Code 17200 (.80), recoupment (.60), introduction (.10), notice (.20), summary (.10), HOLA preemption (.20), TILA preemption (.10). A103 - Draft/revise L210 - Pleadings | 2.10 | 588.00 |
| 10/08/2010 | LMW | Research law regarding striking evidentiary allegations in complaint. A102 - Research L210 - Pleadings | 0.50 | 140.00 |
| 10/08/2010 | LMW | Prepare motion to strike second amended complaint - notice (.40), punitive damages (.20), introduction (.10), Bus. & Prof. Code 17200 (.40), evidentiary matters (.80). A103 - Draft/revise L210 - Pleadings | 1.90 | 532.00 |
| 10/08/2010 | LMW | A106 - Communicate (with client) L210 - Pleadings | 0.10 | 28.00 |
| 10/11/2010 | DNP | Draft request for judicial notice (.5); prepare exhibits for filing (.3) A103 - Draft/revise L210 - Pleadings | 0.80 | 124.00 |
| 10/12/2010 | LMW | Review and revise draft request for judicial notice. A103 - Draft/revise L210 - Pleadings | 0.20 | 56.00 |
| 10/12/2010 | LMW | Continue drafting motion to strike - notice (.10), introduction (.10). A103 - Draft/revise L210 - Pleadings | 0.20 | 56.00 |
| 10/12/2010 | LMW | Final review of motion to strike. A103 - Draft/revise L210 - Pleadings | 0.10 | 28.00 |
| 10/12/2010 | LMW | Final review of motion to dismiss second amended complaint. A103 - Draft/revise L210 - Pleadings | 0.10 | 28.00 |
| 10/12/2010 | LMW | Final review of request for judicial notice. A103 - Draft/revise L210 - Pleadings | 0.10 | 28.00 |
| 10/26/2010 | LMW | Review court order regarding scheduling conference. | 0.10 | 28.00 |

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston
Page 23**

**AFRCT**

Client Number: 95451-000305

Page 3

| | Hours | Amount |
|---|---|---|
| A104 - Review/analyze | | |
| L210 - Pleadings | | |
| **For professional services rendered** | **10.00** | **2,700.00** |

## Additional Charges

| | | | Amount |
|---|---|---|---|
| 10/12/2010 | 9/30/2010 | 09/01-09/30/10 LexisNexis Online Research by Lynette Winston. ($2.91). Invoice #1009114064. | 0.00 |
| | | E106 - Online research | |
| 10/19/2010 | 10/19/2010 | 07/01/10 - 09/30/10 Online court record search thru Pacer Service Center. Invoice #Q32010-WW0119. | 2.40 |
| | | E106 - Online research | |
| 10/22/2010 | 10/17/2010 | Norco Delivery Services delivery of Defendant's Notice of Motion and Motion to Dismiss Second Amended Complaint; Memorandum of Points and Authorities; Defendant's Notice of Motion and Motion to Strike Portions of Second Amended Complaint; Memorandum of Points and Authorities; Request for Judicial Notice in Support of Defendant's Motion to Dismiss Second Amended Complaint (courtesy copies) to the Honorable A. Howard Matz, U.S. District Court, Los Angeles, CA on 10/12/10. Shipment #50469-003060-V10. Invoice #171267 | 15.14 |
| | | E107 - Delivery services/messengers | |

| | **Total Costs** | **17.54** |
|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Winston, Lynette M. | 9.20 | 280.00 | 2,576.00 |
| Pandy, Dorothy N. | 0.80 | 155.00 | 124.00 |
| Totals | 10.00 | | 2,700.00 |

| **Total amount of this bill** | **2,717.54** |
|---|---|

Services rendered by AFRCT, LLP are due and payable upon receipt.
Please make check payable to AFRCT LLP

**Exhibit A to Declaration of Winston
Page 24**

12/17/2010 4:11:11 PM                    Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP                    Page 1

Draft for Work-In-Process Through 12/17/2010

**Matter ID: 95451-000305**                    Draft Seq #          1

Wachovia Mortgage, FSB                    Re: Cruz, Abundio (WF2010013949)
Attn: Michael Goldberg
MAC T7405-010
4101 Wiseman Blvd.
San Antonio, TX 78251                    Billing Attorney: 3 - Flewelling, Mark T.
                    Bill Format: 9006
                    Billing Cycle: M

|  | Total WIP | WIP on Hold | WIP to Bill |
|---|---|---|---|
| Total WIP | 1,863.21 | 0.00 | 1,863.21 |

**Billing Instructions**

☐ Bill Fees          ☐ Write off Fees          ☐ Send Statement Only          ☐ Bill Costs          ☐ Write off Costs

☐ Apply Overpayment $_____          ☐ Apply Retainer: $_____

**Fee Detail**

| Fee ID | Date | Atty | Task:Activity | Status | Hold | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 68713 | 11/05/10 | LMW | L120:A104 | Billable | | 0.30 | 280.00 | 84.00 |
| | Review and analyze plaintiff's opposition to motion to dismiss second amended complaint. | | | | | | | |
| 68780 | 11/08/10 | LMW | L120:A104 | Billable | | 0.30 | 280.00 | 84.00 |
| | Continue reviewing and analyzing plaintiffs' opposition to motion to dismiss second amended complaint. | | | | | | | |
| 68781 | 11/08/10 | LMW | L210:A102 | Billable | | 1.00 | 280.00 | 280.00 |
| | Research cases cited in plaintiffs' opposition. | | | | | | | |
| 68782 | 11/08/10 | LMW | L210:A103 | Billable | | 3.90 | 280.00 | 1,092.00 |
| | Prepare reply in support of motion to dismiss second amended complaint - notice (.20), HOLA preemption (1.90), unfair business practices (.80), recoupment (1.0). | | | | | | | |
| 68855 | 11/09/10 | LMW | L210:A104 | Billable | | 0.10 | 280.00 | 28.00 |
| | Review plaintiff's notice of dismissal of Mai Realty Group. | | | | | | | |
| 68924 | 11/19/10 | LMW | L210:A104 | Billable | | 0.10 | 280.00 | 28.00 |
| | Review court's minute order regarding motion to dismiss and scheduling order. | | | | | | | |
| 74112 | 12/07/10 | LMW | L210:A104 | Billable | | 0.30 | 280.00 | 84.00 |
| | Review court order dismiss complaint without leave to amend. | | | | | | | |
| 74113 | 12/07/10 | LMW | L210:A106 | Billable | | 0.10 | 280.00 | 28.00 |
| 74114 | 12/07/10 | LMW | L120:A106 | Billable | | 0.10 | 280.00 | 28.00 |
| 74115 | 12/08/10 | LMW | L210:A103 | Billable | | 0.40 | 280.00 | 112.00 |
| | Review and revise draft proposed judgment. | | | | | | | |

|  | Total Fees | 6.60 | 1,848.00 |
|---|---|---|---|

**Disbursement Detail**

| Cost ID | Date | Task | Payee | Hold | Amount |
|---|---|---|---|---|---|

**Exhibit A to Declaration of Winston Page 25**

Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP

Draft for Work-In-Process Through 12/17/2010

**Matter ID: 95451-000305**

Draft Seq #      1

| | | | | | |
|---|---|---|---|---|---|
| 20264 | 11/08/10 | E106 | · | LexisNexis | No Charge |

10/01/10 - 10/31/10 LexisNexis Online Research by Lynette Winston ($6.46).
Inv.#1010113956.

| | | | | |
|---|---|---|---|---|
| 22056 | 11/24/10 | E107 | Norco Delivery Services | 15.21 |

Norco Delivery Services delivery of Reply in Support of Defendant's Motion to Dismiss
Second Amended Complaint (courtesy copies) to the Honorable A. Howard Matz, U.S.
District Court, Los Angeles, CA on 11/08/10. Shipment # 50469-003350-V10. Invoice
#181174

**Total Disbursements**     15.21

## Billing & Payment Recap

| | | | |
|---|---|---|---|
| Total Billed Fees: | 15,399.50 | Combined Adv. Deposit Bal.: | 0.00 |
| Total Billed Costs: | 636.97 | Fee Adv. Deposit Bal.: | 0.00 |
| Total Billed Interest: | 0.00 | Cost Adv. Deposit Bal.: | 0.00 |
| Total Billed Retainer: | 0.00 | Trust Balance: | 0.00 |
| Total Collected: | 15,893.47 | | |
| Last Bill: 11/29/2010 | 2,717.54 | | |
| Last Write-Off: 7/6/2010 | 143.00 | | |

## WIP & A/R Aging

| As of | Total | Fees | Costs | Interest | Retainer | | Aging | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0-30 | 31-60 | 61-90 | 91+ |
| WIP | 1,863.21 | 1,848.00 | 15.21 | 0.00 | 0.00 | 252.00 | 1,611.21 | 0.00 | 0.00 |
| A/R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Fee Recap - Actual Hourly Rate

| Timekeeper | Hours | Rate | Amount | On Hold | | | To Bill | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Hours | Rate | Amount | Hours | Rate | Amount |
| LMW | 6.60 | 280.00 | 1,848.00 | | | | 6.60 | 280.00 | 1,848.00 |
| **Total WIP Fees** | **6.60** | | **1,848.00** | | | | **6.60** | | **1,848.00** |

### Disbursement Recap by Code

| Code | | Amount | On Hold | To Bill |
|---|---|---|---|---|
| DELV | Delivery/Messenger | 15.21 | 0.00 | 15.21 |
| RSCH | Online Research | 0.00 | 0.00 | 0.00 |
| **Total WIP Costs** | | **15.21** | **0.00** | **15.21** |

**Exhibit A to Declaration of Winston
Page 26**

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the following document(s):

## DECLARATION OF LYNETTE GRIDIRON WINSTON IN SUPPORT OF DEFENDANT WACHOVIA MORTGAGE'S MOTION FOR AN AWARD OF ATTORNEYS' FEES

on all interested parties in said case as follows:

### Served Electronically Via The Court's CM/ECF System:

*Counsel for Plaintiffs:*

Pier Paolo Caputo, Esq.
Law Offices of Pier Paolo Caputo
1010 Wilshire Boulevard, Suite 113
Los Angeles, CA  90017

Telephone:  (213) 596-7977
Facsimile:  (213) 402-2726
E-mail:  paulcaputolawoffice@yahoo.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **December 29, 2010.**

| | |
|---|---|
| _____Jill Ashley_____ | _____/s/ Jill Ashley_____ |
| (Type or Print Name) | (Signature of Declarant) |

95451/000305/00084410-2

CASE NO. 2:10-CV-03412-AHM (JEMx)  -  CERTIFICATE OF SERVICE OF
DECLARATION OF WINSTON ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES